HANOVER FIRE INSURANCE COMPANY, Respondent, *v.* MORSE DRY DOCK AND REPAIR COMPANY, Appellant.

GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Respondent, *v.* MORSE DRY DOCK AND REPAIR COMPANY, Appellant.

EAGLE STAR & BRITISH DOMINIONS INSURANCE COMPANY, LTD., Respondent, *v.* MORSE DRY DOCK AND REPAIR COMPANY, Appellant.

UNIVERSAL INSURANCE COMPANY, Respondent, *v.* MORSE DRY DOCK AND REPAIR COMPANY, Appellant.

(Submitted April 13, 1936; decided April 21, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 86.)

FREDERICK W. SCHMIDT, Appellant, *v.* THE MERCHANTS DESPATCH TRANSPORTATION COMPANY, Respondent.

GIULIO FELLI, Appellant, *v.* UNITED STATES GYPSUM COMPANY, Respondent.

(Submitted April 13, 1936; decided April 21, 1936.)

Motions for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 287.)

In the Matter of JOHN L. ARMSTRONG, as Executor of JOHN ARMSTRONG, Deceased, Appellant; PAUL WINDELS, as Corporation Counsel of the City of New York, Respondent.

(Submitted April 13, 1936; decided April 21, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 627.)